## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APEX CLEARING CORP., | |
| Plaintiff and Counter-Defendant, | C.A. No. 19-2066-MN |
| v. | JURY TRIAL DEMANDED |
| AXOS FINANCIAL, INC. AND AXOS CLEARING LLC, | |
| Defendants and Counterclaimants. | |
| AXOS BANK, | |
| Plaintiff, | |
| v. | C.A. No. 20-18-MN |
| APEX CLEARING CORPORATION, | JURY TRIAL DEMANDED |
| Defendant. | |

**PLAINTIFF AXOS BANK'S PARAGRAPH-BY-PARAGRAPH
RESPONSES TO APEX'S STATEMENT OF DISPUTED FACTS
(IN THE TRADEMARK CASE FILED BY AXOS)**

Axos Bank hereby responds to Axos Clearing's statement of facts, on a paragraph-by-paragraph basis, as follows:

1.    Undisputed, except to the extent that Application No. 88/279,031 was refused on April 9, 2019, not May 14, 2019, and that the USPTO did not cite Reg. No. 5156528 against Application No. 88/279,031, but these are not disputes of material fact.

2.    Undisputed.

3.    Undisputed.

4.    Undisputed.

5.    Undisputed.

6.    Undisputed.

7.    Undisputed.

8.    Undisputed.

9.    Undisputed.

10.    Undisputed.

11.    Undisputed.

12.    Undisputed.

13.    Axos Bank states that it disputes the mark and trade name is distinctive, but states that this is not material.

14.    Undisputed

15.    Undisputed

16.    Undisputed

17.    Undisputed

18.    Undisputed

2

19.    Undisputed

20.    Undisputed

21.    Axos Bank states that Apex has not raised a genuine dispute of material fact. *See*

**D.I. 109 at 11, 12.**

22.    Undisputed

DATED: September 9, 2021

**OF COUNSEL:**

Ann K. Ford (admitted *Pro Hac Vice*)
John M. Nading (admitted *Pro Hac Vice*)
David M. Kramer (admitted *Pro Hac Vice*)
Devika Persaud (admitted *Pro Hac Vice*)
**DLA Piper LLP (US)**
500 Eighth Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4000
Facsimile: (202) 799-5000
ann.ford@us.dlapiper.com
john.nading@us.dlapiper.com
david.kramer@us.dlapiper.com
devika.persaud@us.dlapiper.com

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
Kelly L. Freund (DE Bar No. 6280)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
kelly.freund@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Plaintiff Axos Bank* -and- *Attorneys for Defendants and Counterclaimants Axos Financial, Inc. and Axos Clearing LLC*

## CERTIFICATE OF SERVICE

I, Kelly L. Freund, do hereby certify that on this 9th day of September, 2021 a true and correct copy of: **PLAINTIFF AXOS BANK'S PARAGRAPH-BY-PARAGRAPH RESPONSES TO APEX'S STATEMENT OF DISPUTED FACTS (IN THE TRADEMARK CASE FILED BY AXOS)** was served on the following counsel of record vial electronic mail:

Anne Shea Gaza
Robert M. Vrana
**YOUNG, CONAWAY, STARGATT**
   **& TAYLOR LLP**
Rodney Square
1000 King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

Patrick J. Arnold Jr.
Gregory C. Schodde
Ronald H. Spuhler
Bryce Persichetti
**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
(312) 775-8000
parnold@mcandrews-ip.com
gschodde@mcandrews-ip.com
rspuhler@mcandrews-ip.com
bpersichette@mcandrews-ip.com

*/s/ Kelly L. Freund*
Kelly L. Freund (DE Bar No. 6280)

4