# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APEX CLEARING CORPORATION, AND APEX FINTECH SOLUTIONS, LLC<br><br>    Plaintiffs and<br>    Counter-Defendants,<br><br>v.<br><br>AXOS FINANCIAL, INC. AND AXOS CLEARING LLC,<br><br>    Defendants and<br>    Counterclaimants. | C.A. No. 19-2066-MN<br><br>**CONSOLIDATED** |
| AXOS BANK<br><br>    Plaintiff,<br><br>v.<br><br>APEX CLEARING CORPORATION,<br><br>    Defendant. | C.A. NO. 20-18-MN |

## JOINT STIPULATION OF DISMISSAL

The parties, through their attorneys of record and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that this entire consolidated action in C.A. Nos. 19-CV-02066-MN and No. 20-CV-0018-MN, including all claims, counterclaims, and affirmative defenses, is hereby dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

Dated: March 21, 2023

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | BUCHANAN INGERSOLL & ROONEY PC |
| /s/ *Robert M. Vrana* | /s/ *Geoffrey G. Grivner* |
| Anne Shea Gaza (No. 4093) | Geoffrey G. Grivner (DE Bar No. 4711) |
| Robert M. Vrana (No. 5666) | 500 Delaware Avenue |
| Rodney Square | Suite 720 |
| 1000 North King Street | Wilmington, DE 19801-7407 |
| Wilmington, DE 19801 | Telephone: (302) 552-4200 |
| (302) 571-6600 | Facsimile: (302) 552-4295 |
| agaza@ycst.com | geoffrey.grivner@bipc.com |
| rvrana@ycst.com | |
| | |
| Of Counsel: | Of Counsel: |
| | |
| Patrick J. Arnold Jr. | John M. Nading (admitted *Pro Hac Vice*) |
| McANDREWS, HELD | David M. Kramer (admitted *Pro Hac Vice*) |
| & MALLOY, LTD. | BUCHANAN INGERSOLL & ROONEY PC |
| 500 West Madison Street | 1700 K Street, N.W. |
| Suite 3400 | Suite 300 |
| Chicago, Illinois 60661 | Washington, D.C. 20006-3807 |
| (312) 775-8000 | Telephone: 202-452-7900 |
| parnold@mcandrews-ip.com | Facsimile: 202-452-7989 |
| | john.nading@bipc.com |
| | david.kramer@bipc.com |
| | |
| *Attorneys for Apex Clearing Corporation and Apex Fintech Solutions, LLC* | *Attorneys for Axos Financial, Inc., Axos Clearing LLC, and Axos Bank* |

SO ORDERED this ___ day of _____, 2023.

_____
THE HONORABLE MARYELLEN NOREIKA
UNITED STATES DISTRICT JUDGE